UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. _____

SANTIAGO NUNEZ,

    Plaintiff,

vs.

FIRSTSERVICE RESIDENTIAL
FLORIDA, INC., a Florida corporation,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF REMOVAL OF ACTION

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA:

Defendant FirstService Residential Florida, Inc. ("Defendant"), by and through undersigned counsel, hereby give notice of removal of an action pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, styled *Santiago Nunez v. FirstService Residential Florida, Inc.*, Case No. 2016-021573-CA-01, to the United States District Court for the Southern District of Florida, Miami Division, being the district and division within which that action is presently pending. As grounds for removal, Defendant states as follows:

1.    This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1331, 1441(a) and 1446(a).

2.    Pursuant to 28 U.S.C. § 1446(a), attached to the certification filed contemporaneously with this Notice of Removal are copies of Plaintiff's Complaint and all state

court process, pleadings, and orders served upon Defendant in the state court civil action.

3. In accordance with 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty days after receipt by Defendant, through service on FirstService Residential Florida, Inc. on August 30, 2016, of a copy of Plaintiff's Complaint.

4. This Court has original, federal question jurisdiction over Count I of Plaintiff's Complaint (the only count asserted in the Complaint) pursuant to 28 U.S.C. § 1331, in that Plaintiff purports to state a claim for unpaid overtime compensation under the Fair Labor Standards Act of 1938, 29 U.S.C. § 201, *et. seq.* ("FLSA").

6. Copies of this Notice of Removal and a separate State Court Notice of Removal have been filed with the Clerk of the Circuit Court of the Eleventh Judicial Circuit and served on Plaintiff's counsel.

7. This Notice of Removal is signed by undersigned counsel pursuant to Fed. R. Civ. P. 11.

**WHEREFORE**, Defendant gives notice that the above-styled case now pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida is removed therefrom to this Court.

#5199908 v1

2

STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.
Museum Tower ▪ 150 West Flagler Street, Suite 2200 ▪ Miami, FL 33130 ▪ (305) 789-3200

Respectfully submitted,

STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone: (305) 789-3200
Facsimile: (305) 789-3395
*Attorneys for Defendant*


By: s/Andrew L. Rodman
    ANDREW L. RODMAN
    Florida Bar No. 0192198
    E-mail: arodman@stearnsweaver.com


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 29, 2016, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

    s/Andrew L. Rodman
    ANDREW L. RODMAN, ESQ.

#5199908 v1

3

STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.
Museum Tower ▪ 150 West Flagler Street, Suite 2200 ▪ Miami, FL 33130 ▪ (305) 789-3200

## SERVICE LIST
*Santiago Nunez v. FirstService Residential Florida, Inc.*
CASE NO. _____
United States District Court, Southern District of Florida

Eddy O. Marban
Florida Bar No: 435960
E-mail: marbanlaw@gmail.com
THE LAW OFFICES OF EDDY O. MARBAN
1600 Ponce De Leon Boulevard, Suite 902
Miami, FL 33134
Tel:  305-448-9292
Fax:  305-448-9477
*Attorneys for Plaintiff*
*Service via CM/ECF*

#5199908 v1

4

STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.
Museum Tower ▪ 150 West Flagler Street, Suite 2200 ▪ Miami, FL 33130 ▪ (305) 789-3200